IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,                    )<br>                                                  )<br>           Petitioner,                 )<br>                                                  )<br>    vs.                                         )<br>                                                  )<br>ANTHONY HEDGEPETH,         )<br>                                                  )<br>           Respondent.              )<br>_____) | No. C 11-1234 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

On March 29, 2011, the Court dismissed the instant petition for a writ of habeas corpus because it did not set forth any cognizable claims for relief.  Petitioner was granted 30 days to file an amended petition.  He has failed to do so.  Petitioner was warned that his failure to amend within the designated time would result in the dismissal of this action.  This case is accordingly DISMISSED with prejudice.  *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).  The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: May 31, 2011

JEFFREY S. WHITE
United States District Judge